AO 245H (WDNC Rev. 4/04) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet1

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

MICHAEL DUWAYNE DOCKERY

**FILED**
ASHEVILLE, N. C.

MAR 17 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 2:06mj08

Fredilyn Sison
Defendant's Attorney

**THE DEFENDANT:**

SEE ATTACHED JUDGMENT DATED APRIL 07, 2004

**IMPOSITION OF SENTENCE:** MARCH 16, 2006 - RECALLED - for Supervised Release and Probation Violations. The Court after hearing the evidence, revokes the supervised release of the defendant in Counts One and Five and the probationary judgment in Count Three and enters the following:

COUNT ONE - That the defendant be imprisoned for SIX (6) MONTHS.

COUNT THREE - That the defendant be imprisoned for SIX (6) MONTHS to run concurrently with the sentence imposed in Count One.

COUNT FIVE - That the defendant be imprisoned for SIX (6) MONTHS to run concurrently with the sentences imposed in Counts One and Three. For a TOTAL IMPRISONMENT of SIX (6) MONTHS with credit for time served.

The Court finds that the defendant does not have the ability to pay outstanding fines and therefore all outstanding fines are hereby remitted.

The Court recommends to the Bureau of Prisons that the defendant serve said sentence in the Swain County Jail.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: March 16, 2006

_____
Signature of Judicial Officer

Date: March 17, 2006

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal